| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC | |
| In Re:<br>Nicole C Hickman<br>aka Nicole C Goldsborough<br><br>　　　　　　　　　Debtor | Case No: <u>17-20090 ABA</u><br><br>Chapter: <u>13</u><br><br>Judge: |

## NOTICE OF APPEARANCE

　　　　Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

11 Edgewood Avenue Bridgeton, NJ 08302

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date: 07/20/2017

　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon, Esquire**
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　**KML Law Group, P.C.**
　　　　　　　　　　　　　　　　　　　　216 Haddon Avenue, Ste. 406
　　　　　　　　　　　　　　　　　　　　Westmont, NJ 08108
　　　　　　　　　　　　　　　　　　　　(609) 250-0700 (NJ)
　　　　　　　　　　　　　　　　　　　　(215) 627-1322 (PA)
　　　　　　　　　　　　　　　　　　　　FAX: (609) 385-2214
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

*new 8/1/15*