B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Nicole C. Hickman aka Nicole C. Goldsborough,    Case No. 17-20090-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Select Portfolio Servicing, Inc., as servicing agent for Madison Revolving Trust 2017 | U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Phone: 1-800-258-8602
Last Four Digits of Acct #: 7223

Court Claim # (if known): 8-1
Amount of Claim: $47,178.08
Date Claim Filed: 09/13/2017

Phone: 1-800-258-8602
Last Four Digits of Acct. #: 7223

Name and Address where transferee payments should be sent (if different from above):
Select Portfolio Servicing, Inc.
P.O. Box 65450
Salt Lake City, UT 84165-0450
Phone: 1-800-258-8602
Last Four Digits of Acct #: 7223

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew M. Lubin    Date: 10/23/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.