Printed on: 01/27/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/1900 to 01/01/1900  
**Case Number: 17-20090 (ABA)**

Nicole C. Hickman  
11 Edgewood Avenue  
Bridgeton, NJ  08302

Monthly Payment: $546.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |      |        |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0   | NICOLE C. HICKMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0   | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $1,159.20 |
| 1   | DEBT RECOVERY SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2   | ERC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3   | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $5,212.38 | $0.00 | $5,212.38 | $0.00 |
| 4   | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5   | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6   | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7   | PREMIER BANKCARD, LLC | 33 | $652.19 | $0.00 | $652.19 | $0.00 |
| 8   | POB 183834 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9   | SELECT PORTFOLIO SERVICING, INC. | 24 | $6,586.40 | $1,109.46 | $5,476.94 | $947.53 |
| 10  | SOUTHWEST CREDIT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11  | AMERICAN INFOSOURCE, LP | 33 | $178.24 | $0.00 | $178.24 | $0.00 |
| 12  | TOWER FUND SERVICES | 24 | $19,532.45 | $3,290.15 | $16,242.30 | $2,809.94 |
| 13  | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14  | UPPER DEERFIELD DENTAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15  | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16  | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17  | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18  | DEPARTMENT OF THE TREASURY | 33 | $4,670.76 | $0.00 | $4,670.76 | $0.00 |
| 19  | AMERICAN INFOSOURCE, LP | 33 | $253.60 | $0.00 | $253.60 | $0.00 |
| 20  | DIRECTV, LLC | 33 | $647.69 | $0.00 | $647.69 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 06/01/2017 | 3.00 | $0.00 |
| 09/01/2017 | Paid to Date | $1,263.00 |
| 10/01/2017 | 56.00 | $546.00 |
| 06/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $0.00 |
| Total paid to creditors this period: | $4,916.67 |
| Undistributed Funds on Hand: | $642.14 |
| Arrearages: | $1,160.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**