**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period of 01/01/2018 to 12/31/2018
**Case Number: 17-20090 (ABA)**

Nicole C. Hickman
11 Edgewood Avenue
Bridgeton, NJ  08302

Monthly Payment: $546.00
Payments / Month: 1
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/16/2018 | $546.00 | 02/09/2018 | $546.00 | 03/14/2018 | $546.00 | 05/07/2018 | $1,092.00 |
| 06/15/2018 | $546.00 | 08/02/2018 | $546.00 | 09/11/2018 | $546.00 | 10/22/2018 | $546.00 |
| 11/21/2018 | $699.50 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | NICOLE C. HICKMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $1,159.20 |
| 1 | DEBT RECOVERY SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ERC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $5,212.38 | $0.00 | $5,212.38 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PREMIER BANKCARD, LLC | 33 | $652.19 | $0.00 | $652.19 | $0.00 |
| 8 | POB 183834 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING, INC. | 24 | $6,586.40 | $1,271.39 | $5,315.01 | $947.53 |
| 10 | SOUTHWEST CREDIT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | AMERICAN INFOSOURCE, LP | 33 | $178.24 | $0.00 | $178.24 | $0.00 |
| 12 | TOWER FUND SERVICES | 24 | $19,532.45 | $3,770.36 | $15,762.09 | $2,809.94 |
| 13 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | UPPER DEERFIELD DENTAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $4,670.76 | $0.00 | $4,670.76 | $0.00 |
| 19 | AMERICAN INFOSOURCE, LP | 33 | $253.60 | $0.00 | $253.60 | $0.00 |
| 20 | DIRECTV, LLC | 33 | $647.69 | $0.00 | $647.69 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2017 | 3.00 | $0.00 |
| 09/01/2017 | Paid to Date | $1,263.00 |
| 10/01/2017 | 56.00 | $546.00 |
| 06/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,613.50 |
| Total paid to creditors this period: | $4,916.67 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,706.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**