UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                 CASE NO.: 17-20090-ABA

CHAPTER 13

Nicole C. Hickman,
  aka Nicole C Goldsborough,
    Debtor.

_____/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2018-NR1, MORTGAGE-BACKED NOTES, SERIES 2018-NR1</u><br>Name of Transferee | <u>Select Portfolio Servicing, Inc. as servicing agent for Madison Revolving Trust 2017</u><br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 | Court Claim # (if known): 8<br>Amount of Claim: $47,178.08<br>Date Claim Filed: 9/13/2017 |
| Phone: <u>1-800-258-8602</u><br>Last Four Digits of Acct #: 7223 | Phone: 1-800-258-8602<br>Last Four Digits of Acct #: <u>7223</u> |

Name and Address where Transferee payments should be sent (if different from above):
Select Portfolio Servicing, Inc.
ATTN: Remittance
P.O. Box 65450
Salt Lake City UT 84165-0450

Phone: <u>1-800-258-8602</u>
Last Four Digits of Acct #: 7223

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sindi Mncina                                              Date: 11/20/2019

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ____November 27, 2019_____,

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true

and correct copy has been served via CM/ECF or United States Mail to the following parties:

Terry Tucker
Terry Glen Tucker, P.C.
80 West Broad Street
Bridgeton, NJ 08302

Nicole C. Hickman
11 Edgewood Avenue
Bridgeton, NJ 08302

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                                   RAS CRANE, LLC
                                                   Authorized Agent for Secured Creditor
                                                   10700 Abbott's Bridge Road, Suite 170
                                                   Duluth, GA 30097
                                                   Telephone: 470-321-7112
                                                   Facsimile: 404-393-1425

                                                 By: \S\ Sindi Mncina
                                                     Sindi Mncina
                                                     Email: smcnian@rascrane.com