Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 17-20090 (ABA)**

Nicole C. Hickman  
11 Edgewood Avenue  
Bridgeton, NJ  08302

Monthly Payment: $588.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2019 | $699.50 | 03/01/2019 | $699.50 | 04/05/2019 | $588.00 | 05/07/2019 | $588.00 |
| 06/10/2019 | $588.00 | 07/15/2019 | $588.00 | 08/09/2019 | $588.00 | 09/23/2019 | $588.00 |
| 11/04/2019 | $588.00 | 12/02/2019 | $588.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NICOLE C. HICKMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 1 | DEBT RECOVERY SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ERC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $5,212.38 | $0.00 | $5,212.38 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PREMIER BANKCARD, LLC | 33 | $652.19 | $0.00 | $652.19 | $0.00 |
| 8 | POB 183834 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING, INC. | 24 | $6,586.40 | $2,523.46 | $4,062.94 | $1,439.22 |
| 10 | SOUTHWEST CREDIT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | AMERICAN INFOSOURCE, LP | 33 | $178.24 | $0.00 | $178.24 | $0.00 |
| 12 | TOWER FUND SERVICES | 24 | $19,532.45 | $7,483.39 | $12,049.06 | $4,268.02 |
| 13 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | UPPER DEERFIELD DENTAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $4,670.76 | $0.00 | $4,670.76 | $0.00 |
| 19 | AMERICAN INFOSOURCE, LP | 33 | $253.60 | $0.00 | $253.60 | $0.00 |
| 20 | DIRECTV, LLC | 33 | $647.69 | $0.00 | $647.69 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2017 | 21.00 | $0.00 |
| 03/01/2019 | Paid to Date | $9,538.50 |
| 04/01/2019 | 38.00 | $588.00 |
| 06/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,103.00 |
| Total paid to creditors this period: | $5,707.24 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,176.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**