Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−20090−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole C. Hickman
   aka Nicole C Goldsborough
   11 Edgewood Avenue
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−5901

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             August 21, 2020
Time:                 09:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*41* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/22/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Balboa, Isabel)

and transact such other business as may properly come before the meeting.

Dated: July 23, 2020
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk