Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  17−20090−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole C. Hickman
   aka Nicole C Goldsborough
   11 Edgewood Avenue
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−5901

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         August 21, 2020
Time:         09:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*41* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/22/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Balboa, Isabel)

and transact such other business as may properly come before the meeting.

Dated: July 23, 2020
JAN: kaj

                                          Jeanne Naughton
                                          Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-20090-ABA
Nicole C. Hickman                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1         Date Rcvd: Jul 23, 2020
                               Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
db              +Nicole C. Hickman,    11 Edgewood Avenue,    Bridgeton, NJ 08302-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Madison Revolving Trust 2017 bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Deborah T. Feldstein    on behalf of Creditor    Tower Fund Services as Custodian for Ebury Fund 2
               NJ LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR
               THE HOLDERS OF THE CIM TRUST 2018-NR1, MORTGAGE-BACKED NOTES, SERIES 2018-NR1
               smncina@rascrane.com
              Terry Tucker    on behalf of Debtor Nicole C. Hickman terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9