Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17−20090−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole C. Hickman
   aka Nicole C Goldsborough
   11 Edgewood Avenue
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−5901

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/12/22.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 12, 2022
JAN: har

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20090-ABA |
| Nicole C. Hickman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 12, 2022 | Form ID: 148 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole C. Hickman, 11 Edgewood Avenue, Bridgeton, NJ 08302-2807 |
| cr | + | Tower Fund Services as Custodian for Ebury Fund 2, Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 516829880 | + | Debt Recovery Solutions, LLC, PO Box 9003, Syosset, NY 11791-9003 |
| 516829885 | + | Inspira Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 516829883 | + | POB 183834, Arlington, TX 76096-3834 |
| 516829889 | + | SPS, POB 65277, Salt Lake City, UT 84165-0277 |
| 516829891 | + | Tower Fund c/o Pelligrino & Feldstein, 290 Rte 46 West, Denville, NJ 07834-1239 |
| 516829892 | + | Upper Deerfield Dental Center, 233 Laurel Heights Dr., Bridgeton, NJ 08302-3635 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 12 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 12 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516840539 | + | EDI: PHINAMERI.COM | May 13 2022 00:28:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 517053200 | + | EDI: AIS.COM | May 13 2022 00:28:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516829881 | + | Email/Text: bknotice@ercbpo.com | May 12 2022 20:34:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 516829884 | + | EDI: PHINAMERI.COM | May 13 2022 00:28:00 | GM Financial, 4001 Embarcadero, Arlington, TX 76014-4106 |
| 516829886 | + | EDI: IRS.COM | May 13 2022 00:28:00 | IRS, POB 7346, Philadelphia, Pennsylvania 19101-7346 |
| 516829887 | | EDI: JEFFERSONCAP.COM | May 13 2022 00:28:00 | Jefferson Capital Systems. LLC, 16 McLeland Rd., St. Cloud, MN 56303 |
| 517831244 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2022 20:34:00 | Madison Revolving Trust 2017, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Madison Revolving Trust 2017, c/o Select Portfolio Servicing, Inc. 84165-0250 |
| 517831243 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2022 20:34:00 | Madison Revolving Trust 2017, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517038088 | + | EDI: JEFFERSONCAP.COM | May 13 2022 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: 148 | Total Noticed: 26 |

| 518593025 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| --- | --- | --- | --- | --- |
| | | | May 12 2022 20:34:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 518593024 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | May 12 2022 20:34:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 516829888 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | May 12 2022 20:34:00 | Southwest credit, 4120 International Pkwy, Suite 1100, carrollton, TX 75007-1958 |
| 516829890 | | EDI: AISTMBL.COM | | |
| | | | May 13 2022 00:28:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 516848868 | + | EDI: AIS.COM | | |
| | | | May 13 2022 00:28:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517065680 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | May 12 2022 20:34:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516944739 | + | EDI: AIS.COM | | |
| | | | May 13 2022 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516829882 | | GM Financial |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor Madison Revolving Trust 2017 nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Deborah T. Feldstein | |
| | on behalf of Creditor Tower Fund Services as Custodian for Ebury Fund 2 NJ LLC dfeldstein@caplaw.net |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: May 12, 2022 Form ID: 148 Total Noticed: 26

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2018-NR1, MORTGAGE-BACKED NOTES, SERIES 2018-NR1 smncina@raslg.com

Terry Tucker
    on behalf of Debtor Nicole C. Hickman terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9